452 A.2d 60

Commonwealth v. Fenning, Appellant.

Petition for Allowance of Appeal Denied Feb. 24, 1983.

Submitted March 9, 1982.   Charles L. Pelletreau, for appellant;   Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.

452 A.2d 61

Commonwealth v. Fulton, Appellant.

Submitted April 6, 1982.   Joseph N. Bongiovanni, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., concurred in the result.